UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, et al.,<br><br>**Plaintiffs**,<br><br>v.<br><br>**CASTLE HILL HEALTHCARE PROVIDERS, LLC. et al.,**<br><br>**Defendants**. | Case No. 14-334 (APM) |

### PLAINTIFFS' PETITION FOR ATTORNEYS' FEES AND COSTS

Pursuant to the Court's June 16, 2016 Order (Dkt. No. 20), Plaintiffs Service Employees International Union National Industry Pension Fund, and its Trustees ("Plaintiffs" or "Fund" or "SEIU Pension Fund"), submit this Petition for Attorneys' Fees and Costs. In support of their position, Plaintiffs state as follows:

The Fund has incurred expenses in connection with the litigation of this case against Defendant Castle Hill Healthcare Providers, LLC, et. al. ("Defendant" or "Castle Hill") including attorneys' fees and other costs. These expenses stem from services which include researching corporate information, preparing and filing the complaint and summons, drafting and preparing a motion for default judgment and supporting documents, reviewing Defendant's opposition to the motion for default judgment and preparing a reply, reviewing Defendant's answer, drafting and preparing a motion for summary judgment and supporting documents, reviewing Defendant's opposition to the motion for summary judgment and preparing a reply, drafting and preparing the calculation of the final award, performing related research in support of Plaintiffs' motions, and

communicating with the Fund's office and Defendant's counsel regarding the Defendant's delinquencies. *See* Declaration of Diana M. Bardes ("Bardes Decl."), ¶ 5, attached as Exhibit 1.

From February 28, 2014 through April 12, 2016, the following attorneys from the law firm of Mooney, Green, Saindon, Murphy & Welch, P.C. ("Mooney Green") billed the following number of hours in this case for which the Fund is seeking a fee award: Richard C. Welch, a partner with 18 plus years of experience, billed 50.4 hours, Lauren P. McDermott, an associate with over four years of experience, billed 2.0 hours; Diana M. Bardes an associate with over four years of experience, billed 18.5 hours; Matthew D. Watts, an associate with over two years experience, billed 87.2 hours; Jean-Marie Jones, a paralegal, billed 1.3 hours and law clerks, Matt Litton and Jasmine Johnson, cumulatively billed 3.0 hours. Bardes Decl., at ¶ 4. In total, Fund's counsel billed a total of 162.4 hours in connection with the litigation of this case for which the Fund is seeking fees through this petition. *Id.*

Mooney Green charged the Fund the following rates for the legal services provided in this case: partners were billed at $220.00 per hour; associates were billed at $195.00 per hour; paralegals were billed at $120.00 per hour and law clerks were billed at $75.00 per hour. Bardes Decl., at ¶ 6.  In total, the amount of legal fees incurred by Plaintiffs as of May 24, 2016, is $31,070.50. Bardes Decl., at ¶ 7.

This fee request is unquestionably reasonable. The initial determination of reasonableness for an attorney's fee request "is properly calculated by multiplying the number of hours reasonably expended on the litigation times a reasonable hourly rate." *Sexcius v. District of Columbia*, 839 F. Supp. 919, 921 (D.D.C. 1993) (*quoting Blum v. Stenson*, 465 U.S. 886, 888, (1984)).

2

The 162 hours billed by Mooney Green are a reasonable number of hours expended on the litigation. As described above, the Fund's attorneys were forced to file a number of motions over the course of this litigation, including a motion for default judgment, a motion for summary judgment, and a motion for supplemental damages to calculate the final award. Defendant opposed each of these motions, requiring Plaintiffs to review the oppositions, perform research, recalculate amounts due, and prepare replies.

Additionally, the hourly rates charged by Mooney Green are reasonable. The District of Columbia Circuit has found the *Laffey* Matrix to provide guidance as to the reasonable hourly rate on numerous occasions. *See e.g., Ricks v. Barnes*, No. 05-1756 HHK/DAR, 2007 U.S. Dist. LEXIS 22410, at *16 (D.D.C. Mar. 28, 2007). The current *Laffey* rates for attorneys with similar levels of experience far exceed the hourly rate charged by Mooney Green. For example, the *Laffey* rate for attorneys with 31+ years of experience is $568 per hour, $504 per hour for attorneys with 16-20 years of experience, $325 per hour for attorneys with 4-5 years of experience, $315 per hour for attorneys with 2-3 years of experience, and $154 per hour for paralegals and law clerks. *See* USAO Attorney's Fees Matrix – 2015-2016, attached as Exhibit 2. The lower rates charged by Mooney Green are therefore inherently reasonable.

In addition to the attorneys' fees, Plaintiffs incurred a filing fee of $400 and process server fees in the amount of $101.20. Bardes Decl., at ¶ 9. In total, Plaintiffs are entitled to $31,571.70 in reasonable attorneys' fees and costs associated with the litigation of this case.

Based on the foregoing, in addition to the relief granted in the Court's April 12, 2016 Memorandum Opinion and Order, Plaintiffs respectfully request that the Court enter judgment against Defendant in the amount of $31,571.70 for attorneys' fees and costs.

                                          Respectfully submitted,

                                              /s/ Diana M. Bardes
                                        Diana M. Bardes (DC Bar # 1001075)
                                        Mooney, Green, Saindon,
                                              Murphy & Welch, P.C.
                                        1920 L Street, N.W., Suite 400
                                        Washington, D.C. 20036
                                        (202) 783-0010
                                        (202) 783-6088
                                        Counsel for Plaintiffs

Dated: June 29, 2016

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this 29th day of June, 2016, a true and correct copy of the foregoing Petition for Attorneys' Fees and Additional Damages was filed electronically with the Court and served via ECF to the following addresses for Defendant:

Carissa D. Siebeneck
Birch Horton Bittner & Cherot, P.C.
1156 15th Street, NW, Suite 1020
Washington, DC 20005
csiebeneck@dc.bhb.com

Ronald Gilbert Birch
Birch Horton Bittner & Cherot, P.C.
1156 15th Street, NW
Suite 1020
Washington, DC 20005
rbirch@dc.bhb.com

David F. Jasinski
Jasinski, P.C.
60 Park Place
8th Floor
Newark, NJ 07102
djasinski@jplawfirm.com

Respectfully submitted,

　　　　/s/ Diana M. Bardes　　　
Diana M. Bardes