**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| SERVICE EMPLOYEES | : | |
| INTERNATIONAL UNION NATIONAL | : | |
| INDUSTRY PENSION FUND, et al. | : | |
| | : | |
| Plaintiffs, | : | |
| | : | Case No.: 14-CV-334 (APM) |
| v. | : | |
| | : | |
| CASTLE HILL HEALTHCARE | : | |
| PROVIDERS, LCC, et.al. | : | |
| | : | |
| Defendant. | : | |
| | : | |

On the basis of Plaintiffs' Motion for Summary Judgment and supporting memorandum,

IT IS on this __ day of _____ of 2016, by the United States District Court for the District of

Columbia, ORDERED:

1.      Plaintiffs' Petition for Attorneys' Fees and Costs Motion for Summary Judgment

is hereby GRANTED;

2.      That judgment shall be entered against Defendant for $31,571.70 for attorneys'

fees and costs;

3.      That the Clerk of the Court shall mail or transmit copies of this Order to counsel

for Plaintiffs and Defendants.

_____
United States District Court Judge